LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:   (702) 600-3200
Facsimile:    (702) 447-7936
E-Mail:       laa@ayonlaw.com

*Attorneys for Defendant East Cactus 2112 Trust*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, ONC., ALTERNATIVE LOAN TRUST 2006-OC3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OC3,<br><br>Plaintiff,<br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION A/K/A ANTIGUA CONDOMINIUMS; EAST CACTUS 2112 TRUST; and NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-00796-JAD-GWF<br><br>**SUBSTITUTION OF ATTORNEYS** |

LUIS A. AYON, ESQ., of **AYON LAW, PLLC**, is hereby substituted in as the attorneys for East Cactus 2112 Trust, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
East Cactus 2112 Trust

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | We hereby accept the above and foregoing substitution as attorneys for East Cactus 2112 |
| 4 | Trust. |
| 5 | DATED this 8 day of May, 2017. |

                                                    AYON LAW, PLLC

                                                  LUIS A. AYON, ESQ.
                                                  Nevada Bar No. 9752
                                                  9205 W. Russell Road
                                                  Building 3, Suite 240
                                                  Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this 8 day of May, 2017.

                                                  MAIER GUTIERREZ & ASSOCIATES

                                                  JASON R MAIER, ESQ.
                                                  Nevada Bar No. 8557
                                                  8816 Spanish Ridge Ave
                                                  Las Vegas, Nevada 89148

**ORDER**

IT IS HEREBY ORDERED that LUIS A. AYON, ESQ. of the law firm of AYON LAW. PLLC, shall be substituted in place of the law firm MAIER GUTIERREZ AND ASSOCIATES.

Dated this <u>12th</u> day of May, 2017

_____
UNITED STATES MAGISTRATE JUDGE

1

### CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing SUBSTITUTION OF ATTORNEYS was made on this 11th day of May, 2016, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

    /s/ Luis A. Ayon
An Employee of Ayon Law, PLLC

2