ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       jamie.combs@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OC3,<br><br>Plaintiff,<br><br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION A/K/A ANTIGUA CONDOMINIUMS; EAST CACTUS 2112 TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00796-JAD-GWF<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates, Series 2006-OC3, by and through its attorneys of record, the law firm Akerman LLP, hereby give notice that Miles N. Clark, Esq. is/are no longer associated attorneys.

Akerman, LLP continues to serve as counsel for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates, Series 2006-OC3, in this action. All

{41776808;1}

future correspondence and papers in this action should continue to be directed to Ariel E. Stern, Esq. and Jamie K. Combs, Esq., of Akerman, LLP.

Respectfully submitted, this 16th day of May, 2017.

AKERMAN LLP

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

## COURT APPROVAL

IT IS SO ORDERED.

Date:   May 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

## CERTIFICATE OF SERVICE

2    I HEREBY CERTIFY that on the this 16th day of May, 2017, service of the foregoing

3  **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted

4  to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

5
                              */s/ Doug J. Layne*
6                            An employee of AKERMAN LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28