DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates Series 2006-OC3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2009-OC3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OC3,<br><br>Plaintiff,<br><br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION A/K/A ANTIGUA CONDOMINIUMS; EAST CACTUS 2112 TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00796-JAD-EJY<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:     ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates Series 2006-OC3 (**BoNYM**), hereby provides notice that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

{41840886;1}

Akerman LLP continues to serve as counsel for BoNYM in this action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Jamie K. Combs, Esq.

DATED this 7th day of May, 2020.

**AKERMAN LLP**

/s/ Jamie K. Combs
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates Series 2006-OC3*

## COURT APPROVAL

IT IS SO ORDERED.

Date:_____May 7, 2020_____

UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00796-JAD-EJY

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{41840886;1}

2