ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates Series 2006-OC3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2009-OC3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OC3,<br><br>Plaintiff,<br><br>v.<br><br>ANTIGUA MAINTENANCE CORPORATION A/K/A ANTIGUA CONDOMINIUMS; EAST CACTUS 2112 TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00796-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO DEFENDANT EAST CACTUS 2112 TRUST'S OPPOSITION TO RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 80]**<br><br>**[FIRST REQUEST]** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2009-OC3, Mortgage Pass-through Certificates Series 2006-OC3 (**BoNYM**) and defendants Antigua Maintenance Corporation a/k/a Antigua Condominiums and East Cactus 2112 Trust stipulate and respectfully request the court extend BoNYM's deadline to reply to East Cactus' opposition to BoNYM's motion for partial summary judgment, ECF No. 80, by one week, from June 23, 2020 to **June 30, 2020**.

///

///

53598177;1

BoNYM filed its renewed motion for partial summary judgment on May 19, 2020.  (ECF No. 76.)  East Cactus filed its opposition on June 9, 2020.  (ECF No. 80.)  BoNYM's deadline to reply to East Cactus' opposition is due June 23, 2020.  *See* L.R. 7-2.

To allow BoNYM additional time to prepare its reply briefing, the parties stipulate to extend BoNYM's deadline to file its reply by one week, from June 23, 2020 to **June 30, 2020**.

This is BoNYM's first request for an extension and is not intended to cause delay or prejudice to any party.

DATED: June 23, 2020

| AKERMAN LLP | AYON LAW, PLLC |
|---|---|
| /s/ Jamie K. Combs | /s/ Luis A. Ayon |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>STEVEN H. BURKE, ESQ.<br>Nevada Bar No. 14037<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148 |
| *Attorneys for plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OC3, Mortgage Pass-Through Certificates Series 2006-OC3* | *Attorneys for defendant East Cactus 2112 Trust* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:16-cv-00796-JAD-EJY

Dated: June 23, 2020.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572