JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: (702) 870-1777
Facsimile No.: (702) 870-0500
Email Address: yosuphonglaw@gmail.com
Attorney for Defendant
*EAST CACTUS 2112 TRUST*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OC3,<br><br>Plaintiff,<br><br>vs.<br><br>ANTIGUA MAINTENANCE CORPORATION A/K/A ANTIGUA CONDOMINIUMS; EAST CACTUS 2112 TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00796-JAD-EJY<br><br>**SUBSTITUTION OF ATTORNEYS** |

LUIS A. AYON, ESQ. and STEVEN H. BURKE, ESQ. do hereby consent to the substitution of JOSEPH Y. HONG, ESQ., as attorney of record for Defendant, EAST CACTUS

///

///

///

-1-

2112 TRUST, in the above-entitled matter, in their place and stead.

DATED this 26th day of October, 2020.

AYON LAW, PLLC

/s/ Luis A. Ayon
LUIS A. AYON, ESQ.
State Bar No. 009752
STEVEN H. BURKE, ESQ.
State Bar No. 014037
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148

JOSEPH Y. HONG, ESQ. does hereby agree to be substituted in the place and stead of LUIS A. AYON, ESQ. and STEVEN H. BURKE, ESQ., as attorney of record for Defendant, EAST CACTUS 2112 TRUST, in the above-entitled matter.

DATED this 26th day of October, 2020.

HONG & HONG LAW OFFICE

/s/ Joseph Y. Hong
JOSEPH Y. HONG, ESQ.
State Bar No. 005995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Attorney for Defendant
*EAST CACTUS 2112 TRUST*

JACOB LEFKOWITZ, in his capacity as an authorized representative of Defendant, EAST CACTUS 2112 TRUST, does hereby agree to the substitution of JOSEPH Y. HONG, ESQ., as attorney of record for Defendant, EAST CACTUS 2112 TRUST, in the above-entitled matter in the place and stead of LUIS A. AYON, ESQ. and STEVEN H. BURKE, ESQ.

DATED this 26th day of October, 2020.

>   /s/ Jacob Lefkowitz
>   JACOB LEFKOWITZ, in his capacity as
>   an authorized representative of Defendant,
>   *EAST CACTUS 2112 TRUST*

IT IS SO ORDERED.

United States Magistrate Judge

Dated: October 27, 2020

-3-